AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
## Eastern District of Washington

UNITED STATES OF AMERICA

                Plaintiff,

                v.

PRITCHETT FARMS, INC., et. al.,

                Defendants.

**JUDGMENT IN A CIVIL CASE**

CASE NUMBER: CV-07-3090-FVS

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.** This action came to hearing before the Court. The issues have been heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED PLAINTIFF IS ENTITLED TO FORECLOSE ITS INTEREST IN THE SUBJECT PROPERTY.

ALL NET CASH SALE PROCEEDS SHALL BE FIRST APPLIED TO THE ENTIRE INDEBTEDNESS OWED TO THE ROJAS DEFENDANTS BY THE PRITCHETT DEFENDANTS.

ALL REMAINING SALE PROCEEDS SHALL BE NEXT APPLIED TO THE ENTIRE INDEBTEDNESS OWED TO PLAINTIFF BY THE PRITCHETT DEFENDANTS, WITH THE PRITCHETT DEFENDANTS ENTITLED ONLY TO PROCEEDS REMAINING IN SURPLUS, IF ANY, AFTER PLAINTIFF'S JUDGMENT IS SATISFIED.

September 17, 2008
*Date*

JAMES R. LARSEN
*Clerk*
s/ Stevie Perry
*(By) Deputy Clerk*
Stevie Perry